and order affirmed, with costs. No opinion. Hirschberg, Burr and Rich, JJ., concurred; Thomas and Woodward, JJ., dissented.

Henry Hammerstad, Respondent, v. The Norwegian News Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Emma Hoecker, Respondent, v. Mary J. O'Connor, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Proceedings Supplementary to Execution in an Action Entitled James H. Draper, Appellant, v. George Bahr and Max Giese, Doing Business under the Firm Name and Style of Bahr & Giese, Defendants. William F. Wyckoff and Others, Doing Business under the Firm Name and Style of Wyckoff, Clarke & Frost, Respondents.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the People of the State of New York ex rel. Shirley J. Green, Respondent, v. George S. Jervis, as Special Deputy Commissioner of Excise for the Borough of Queens, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Fannie Joseph, Appellant, v. Aaron Weiss and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Bella Kelly, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present —Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

James W. Lyon, Respondent, v. Halcyon G. Bailey and Others, Appellants, Impleaded with Walter Lyon and Others, Respondents. (Appeal No. 1.) — Appeal withdrawn on consent, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

James W. Lyon, as Administrator, etc., of Lavina M. Hooper, Deceased, Respondent, v. Tamar L. Bailey and Others, Appellants, Impleaded with Others, Respondents. (Appeal No. 2.) — Appeal withdrawn on consent, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Joseph Madden, Respondent, v. Pittsburg Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

James McCarthy, Appellant, v. Solon E. Turner and Albert N. Blanchard, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.